# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | No. 3:22-CR-5-CAR-CHW-1 |
| JEREMALL JACKSON, : | |
| : | |
| Defendant. : | |
| : | |

## ORDER ON MOTION TO CONTINUE TRIAL

Currently before the Court is Defendant Jeremall Jackson's Motion to Continue the trial of this case scheduled to being on April 3, 2023. On February 9, 2022, the Grand Jury returned a multi-count indictment against Defendant and his co-defendant charging Defendant with conspiracy to possess with the intent to distribute methamphetamine, heroin, and crack cocaine; possession with intent to distribute heroin; and possession with intent to distribute crack cocaine. On July 11, 2022, Defendant was arrested, appointed counsel, pled not guilty at his arraignment, and released on a secured bond. On March 6, 2023, Defendant retained counsel, and new counsel entered an appearance on March 7, 2023.

In the Motion, defense counsel states he needs additional time to obtain and review the discovery and prepare for trial. Having considered the matter, the Court finds it serves the ends of justice to grant Defendant adequate time to address these matters. The ends of justice served by granting a continuance outweigh the interests of Defendant

and the public in a speedy trial. Failure to grant a continuance would deny counsel reasonable time for effective preparation and could result in a miscarriage of justice. Thus, **IT IS HEREBY ORDERED** that this case be continued until June 12, 2023, the next term of Court for the Athens Division. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161.

    **SO ORDERED,** this 15th day of March, 2023.

                                      S/ C. Ashley Royal
                                      C. ASHLEY ROYAL, SENIOR JUDGE
                                      UNITED STATES DISTRICT COURT